| | |
|---|---|
| 1 | Richard J. Reynolds (SBN 11864) |
| | E-mail: rreynolds@bwslaw.com |
| 2 | BURKE, WILLIAMS & SORENSEN, LLP |
| | 1851 East First Street, Suite 1550 |
| 3 | Santa Ana, CA 92705-4067 |
| | Tel: 949.863.3363   Fax: 949.863.3350 |
| 4 | |
| 5 | Michael R. Brooks (SBN 7287) |
| | E-mail: mbrooks@klnevada.com |
| | KOLESAR & LEATHAM |
| 6 | 400 S. Rampart Blvd., Suite 400 |
| | Las Vegas, NV 89145 |
| 7 | Tel: 702.362.7800   Fax: 702.362.9472 |
| 8 | Attorneys for Defendant |
| | MTC FINANCIAL INC. dba TRUSTEE CORPS |
| 9 | (erroneously named herein as MTC FINANCIAL, |
| | INC. dba TRUSTEE CORPS) |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| S&N INVESTMENTS LLC, a domestic limited liability company; and AGOP ASIK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MTC FINANCIAL INC., a California corporation, dba Trustee Corps; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. a Nevada corporation; COUNTRYWIDE HOME LOANS, INC., a Nevada corporation; and DOES 1-5, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00746-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO PERMIT DEFENDANT MTC FINANCIAL INC. dba TRUSTEE CORPS TO FILE RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

Plaintiffs S&N INVESTMENTS LLC and AGOP ASIK (collectively, "Plaintiffs"), by and through their undersigned counsel of record, the Law Offices of Mont E. Tanner and Defendant MTC Financial Inc. dba Trustee Corps ("Defendant"), by and through its undersigned counsel of record, the law firms of Burke, Williams & Sorensen, LLP and Kolesar & Leatham, hereby stipulate and request an order from the Court to extend the filing deadline for Defendant's

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4843-5767-3366 v1
F0016-0002

- 1 -

STIPULATION AND ORDER TO EXTEND
TIME TO FILE RESPONSIVE PLEADING

1    responsive pleading to Plaintiff's Complaint to <u>May 17 2019</u>.  This is the first stipulation for an

2    extension of time for Defendant to file its responsive pleading.

3         Plaintiffs filed their Complaint on March 28, 2019.  Plaintiffs served Defendant with the

4    Complaint on or about April 19, 2019.  Defendant removed the Complaint to this Court on

5    May 1, 2019.  Defendant's responsive pleading must be currently filed and served on May 10,

6    2019.

7         Plaintiffs and Defendant request a seven (7) day extension of time, up to and including,

8    <u>May 17, 2019</u>, for Defendant to file and serve its responsive pleading.  Defendant requires

9    additional time to complete its research and evaluate this case and to confer with Plaintiffs

10   regarding the claims made in this case.

11         WHEREFORE, IT IS STIPULATED AND AGREED by and between Plaintiff and

12   Defendant that Defendant shall have up to and including May 17, 2019, to file and serve its

13   responsive pleading to the Complaint.

Dated: May 7, 2019

LAW OFFICES OF MONT E. TANNER
2950 East Flamingo Road, Suite G
Las Vegas, NV 89121

By: /s/ *Mont E. Tanner*
Mont E. Tanner, Esq.
Nevada Bar No. 004433

Attorneys for Plaintiffs
S&N INVESTMENTS LLC and AGOP ASIK

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4843-5767-3366 v1
F0016-0002

- 2 -

STIPULATION AND ORDER TO EXTEND
TIME TO FILE RESPONSIVE PLEADING

| | |
|---|---|
| Dated: May 7, 2019 | BURKE, WILLIAMS & SORENSEN, LLP<br>1851 East First Street, Suite 1550<br>Santa Ana, CA 92705-4067<br><br>By: /s/ *Richard J. Reynolds*<br>Richard J. Reynolds<br>Nevada Bar No. 11864<br><br>Michael R. Brooks<br>Nevada Bar No. 7287<br>KOLESAR & LEATHAM<br>400 S. Rampart Blvd., Suite, Suite 400<br>Las Vegas, NV 89145<br><br>Attorneys for Defendant<br>MTC FINANCIAL INC. dba TRUSTEE CORPS |

**IT IS SO ORDERED.**

Dated: May 9, 2019

_____
~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE