1 NATALIE WINSLOW, ESQ.
Nevada Bar No. 12125
2 TENESA POWELL, ESQ.
Nevada Bar No. 12488
3 AKERMAN LLP
1635 Village Center Circle, Suite 200
4 Las Vegas, Nevada 89134
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
6 Email: tenesa.powell@akerman.com

7 *Attorneys for Countrywide Home Loans,
Inc. and Mortgage Electronic Registration
8 Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| S&N INVESTMENTS LLC, a domestic limited liability company; and AGP ASIK, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MTC FINANCIAL INC., a California corporation, dba Trustee Corps; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. a Nevada corporation; COUNTRYWIDE HOME LOANS, INC., a Nevada corporation' and DOES 1-5, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00746-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER COMPLAINT**<br><br>[FIRST REQUEST] |

Countrywide Home Loans, Inc. (**Countrywide**), Mortgage Electronic Registration Systems, Inc. (**MERS**, collectively **Countrywide**) and S&N Investments LLC (**S&N**) by and through their respective counsel of record, hereby stipulate and agree as follows:

MTC Financial Inc. petitioned for removal of this matter from the Eighth Judicial District Court on May 1, 2019 [ECF No. 1]. The parties stipulate and agree that Countywide shall have until, **June 14, 2019** to file a response to Plaintiff's complaint.

. . .

. . .

48903275;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

This is the first request for an extension of this deadline, is made in good faith, and is not made for purposes of undue delay. The request is made to allow Countrywide to further review the allegations of the complaint and provide a meaningful response.

DATED this 17th day of May, 2019.

| **AKERMAN LLP** | **LAW OFFICES OF MONT E. TANNER** |
|---|---|
| /s/ *Tenesa Powell* <br> NATALIE WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> TENESA S. POWELL, ESQ. <br> Nevada Bar No. 12488 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Countrywide Home Loans, Inc. and Mortgage Electronic Registration Systems, Inc.* | /s/ *Mont E. Tanner* <br> MONT E. TANNER, ESQ. <br> Nevada Bar No. 4433 <br> 2950 East Flamingo Road, Suite G <br> Las Vegas, Nevada 89121 <br><br> *Attorneys for S&N Investments, LLC* |
| **KOLESAR & LEATHAM** | **BURKE WILLIAMS & SORENSEN, LLP** |
| /s/*Michael R. Brooks* <br> MICHAEL R. BROOKS, ESQ. <br> Nevada Bar No. 7287 <br> 400 S. Rampart Blvd., Suite 400 <br> Las Vegas, Nevada 89145 <br><br> *Attorney for MTC Financial Inc. dba Trustee Corps erroneously named herein as MTC Financial, Inc. dba Trustee Corps)* | /s/*Richard J. Reynolds* <br> RICHARD J. REYNOLDS, ESQ. <br> Nevada Bar No. 11864 <br> 1851 East First Street, Suite 1550 <br> Santa Ana, California 92705 <br><br> *Attorney for MTC Financial Inc. dba Trustee Corps erroneously named herein as MTC Financial, Inc. dba Trustee Corps)* |

## ORDER

**IT IS SO ORDERED.**

**GRANTED in part** and **DENIED in part**. The deadline is hereby **EXTENDED** to May 31, 2019.

DATED: May 20, 2019.

_____
United States Magistrate Judge

2

48903275;1