Richard J. Reynolds (SBN 11864)
E-mail: rreynolds@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Tel: 949.863.3363   Fax: 949.863.3350

Michael R. Brooks (SBN 7287)
E-mail: mbrooks@klnevada.com
KOLESAR & LEATHAM
400 S. Rampart Blvd., Suite 400
Las Vegas, NV 89145
Tel: 702.362.7800   Fax: 702.362.9472

Attorneys for Defendant
MTC FINANCIAL INC. dba TRUSTEE CORPS
(erroneously named herein as MTC FINANCIAL,
INC. dba TRUSTEE CORPS)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| S&N INVESTMENTS LLC, a domestic limited liability company; and AGOP ASIK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MTC FINANCIAL INC., a California corporation, dba Trustee Corps; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. a Nevada corporation; COUNTRYWIDE HOME LOANS, INC., a Nevada corporation; and DOES 1-5, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00746-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS THE COMPLAINT AGAINST DEFENDANT MTC FINANCIAL INC. dba TRUSTEE CORPS WITH PREJUDICE**<br><br>ECF Nos. 11, 16 |

**IT IS HEREBY STIPULATED** by and between Plaintiffs S&N INVESTMENTS LLC and AGOP ASIK on the one hand and Defendants MTC FINANCIAL INC. dba TRUSTEE CORPS ("TRUSTEE CORPS"), COUNTRYWIDE HOME LOANS, INC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. on the other hand, by and through their respective undersigned counsel of record, that the Complaint, including all claims therein, against

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4817-2962-4727 v2
06190-1657.001

- 1 -

STIPULATION AND ORDER DISMISS THE COMPLAINT WITH PREJUDICE

| | | |
|---|---|---|
| 1 | TRUSTEE CORPS be dismissed with prejudice. Plaintiffs and TRUSTEE CORPS shall each | |
| 2 | bear his or its own attorneys' fees and costs. | |
| 3 | Dated this 29nd of May, 2019 | |

BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067

LAW OFFICES OF MONT E. TANNER
2950 East Flamingo Road, Suite G
Las Vegas, NV 89121

By: /s/ *Richard J. Reynolds*
Richard J. Reynolds, Esq.
Nevada Bar No. 11864

Michael R. Brooks, Esq.
Nevada Bar No. 7287
KOLESAR & LEATHAM
400 S. Rampart Blvd., Suite, Suite 400
Las Vegas, NV 89145

Attorneys for Defendant
MTC FINANCIAL INC. dba TRUSTEE CORPS

By: /s/ *Mont E. Tanner*
Mont E. Tanner, Esq.
Nevada Bar No. 004433

Attorneys for Plaintiffs
S&N INVESTMENTS LLC and AGOP ASIK

AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

By: /s/ *Tenesa S. Powell*
Natalie Winslow, Esq.
Nevada Bar No. 12125
Tenesa S. Powell, Esq.
Nevada Bar. No. 12488

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.,
AND MORTGAGE ELCTRONIC
REGISTRATION SYSTEMS, INC.

## **ORDER**

Based on the parties' stipulation **[ECF No. 16]** and good cause appearing, IT IS HEREBY ORDERED that **the claims against MTC Financial Inc. dba Trustee Corps are DISMISSED** with prejudice, each side to bear its own fees and costs.  MTC's motion to dismiss **[ECF No. 11] is DENIED** as moot.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 30, 2019

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4817-2962-4727 v2
06190-1657.001

- 2 -

STIPULATION AND ORDER DISMISS THE COMPLAINT WITH PREJUDICE